LAW OFFICES OF
# STEPHEN TURANO

———

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

REPLY TO NEW JERSEY OFFICE

June 1, 2017

**Via ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Ricardo Burgess
                   Case No. 15 Cr. 95 (AJN)

Dear Judge Nathan:

     Defendant Ricardo Burgess, with the consent of the Government, respectfully requests an adjournment of his sentencing until no sooner than mid-August 2017. I anticipate needing the additional time to adequately prepare mitigation information in connection with Mr. Burgess's sentencing.

                                                     Respectfully submitted,

                                                     /s/

                                                     Stephen Turano

cc: Rachel Maimin, AUSA (via ECF)