LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

| | |
|---|---|
| 275 MADISON AVENUE<br>35TH FLOOR<br>NEW YORK, NY 10016 | 60 PARK PLACE<br>SUITE 703<br>NEWARK, NJ 07102 |
| TEL (917) 974-1781<br>FAX (212) 208-2981 | TEL (973) 648-6777<br>FAX (212) 208-2981 |

September 27, 2017

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Ricardo Burgess
               Case No. 15 Cr. 95 (AJN)

Dear Judge Nathan:

      Enclosed are additional letters of support submitted for Ricardo Burgess's October 3, 2017, sentence.

                                      Respectfully submitted,

                                      /s/

                                      STEPHEN TURANO

Encs.
cc:  Rachel Maimin, AUSA