LAW OFFICES OF
# STEPHEN TURANO

sturano@turanolaw.com

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NY 10016

TEL (917) 974-1781
FAX (212) 208-2981

60 PARK PLACE
SUITE 703
NEWARK, NJ 07102

TEL (973) 648-6777
FAX (212) 208-2981

October 2, 2017

The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    <u>United States v. Ricardo Burgess</u>
                Case No. 15 Cr. 95 (AJN)

Dear Judge Nathan:

      I just received an additional letter of support from Fabriyana Ricketts, Mr. Burgess's niece, in support of the October 3, 2017 sentence.

      Respectfully submitted,

      /s/

      STEPHEN TURANO

Encs.
cc:  Rachel Maimin, AUSA